MARK ROSENBUSH
Attorney at Law, CSB 72436
214 Duboce Avenue
San Francisco, CA 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorney for Defendant
Azim Chaudhry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00179-PJH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER AMENDING BRIEFING SCHEDULE |
| | ) | |
| AZIM CHAUDHRY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOOD CAUSE HAVING BEEN FOUND upon written stipulation of counsel;

　　　IT IS HEREBY ORDERED that the briefing schedule in this matter shall be amended as follows;

　　　The government's opposition to defendant's motion to suppress evidence shall be filed by June 29, 2005, reply to be filed July 6, 2005, and hearing on the motion shall be on July 13, 2005, at 1:30 p.m.

　　　IT IS FURTHER ORDERED that for good cause shown time between June 1, 2005 (motion to suppress filed), up to and including July 13, 2005, is hereby excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A), and 18 U.S.C. 3161(h)(1)(f).

Dated: 6/22/05

_____
HON. PHYLLIS J. HAMILTON
U.S. DISTRICT COURT JUDGE

1