**United States District Court**

For the Northern District of California

1

2

3              UNITED STATES DISTRICT COURT

4              NORTHERN DISTRICT OF CALIFORNIA

5

6

7    UNITED STATES OF AMERICA,

8              Plaintiff(s),                          No. CR 05-0179 PJH

9         v.                                          **ORDER**

10   AZIM CHOUDHRY,

11              Defendant(s).

12   _____/

13        This matter was on for judgment and sentencing on November 17, 2005.  After

14   pronouncement of defendant's 57 month sentence, defendant requested that execution of his

15   sentence be stayed pending his release from custody for three days so that he might visit with

16   his grandfather, who is ill, before he commences his sentence.  The parties were given leave

17   to brief the issue.  The court, having reviewed those briefs and in view of defendant's criminal

18   history, including the number of probation violations and bench warrants and the fact that

19   defendant has not been released from custody at all on this matter, finds that he has not

20   demonstrated by clear and convincing evidence that he poses neither a risk of flight nor a

21   danger to the community.  Defendant's request for a stay of execution of his sentence and for

22   release in DENIED.

23        **IT IS SO ORDERED.**

24   Dated: November 22, 2005

25                                                    _____
                                                     PHYLLIS J. HAMILTON
26                                                   United States District Judge

27

28